*Filed in Open Court*
*FMT 3/17/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 05-21-SLR |
| | ) |
| MOTIVA ENTERPRISES LLC, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO UNSEAL FILE

NOW COMES the United States of America, by and through Colm F. Connolly, United States Attorney, and Edmond Falgowski, Assistant United States Attorney, for the District of Delaware and hereby moves this Court to unseal this file.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-17-05

**IT IS SO ORDERED** this _17th_ day of _March_, 2005.

_____
HONORABLE SUE L. ROBINSON
Chief Judge, United States District Court